IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JACQUELINE DELAPAZ,

    Plaintiff,

v.                                      CASE NO. 3:12-cv-215-MW/CJK

CAROLYN W. COLVIN,
Commission of Social Security,

    Defendant.

_____/

ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 18, filed July 23, 2013. The Court has also reviewed *de novo* Plaintiff's Objections to Report and Recommendation, ECF No. 19, filed August 6, 2013. With that said, Plaintiff did not file specific objections but objected to the report and recommendation and simply renewed her arguments.

Upon consideration,

    IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the court's opinion. The Clerk shall enter judgment stating, "The application for a period of

1

disability and disability benefits is **DENIED** and the Commissioner's decision is **AFFIRMED.**"  The Clerk shall close the file.

**SO ORDERED on August 8, 2013.**

**s/Mark E. Walker              
United States District Judge**
